UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL CRAWFORD,  :  <br>           :  <br>     Petitioner,   :  <br>           :  <br>     v.       :  <br>           :  <br>UNITED STATES OF AMERICA,  :  <br>           :  <br>     Respondent.   :  <br>_____ :  | Civil Action No. 12-1545 (NLH)  <br><br>**O R D E R**  <br>(CLOSED) |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Michael Crawford, and the Court having considered the written submissions of the parties and the relevant record, and for the reasons set forth in the Opinion filed herewith,

IT IS on this    19th    day of   October  , 2012,

ORDERED that Respondent's motion to dismiss for lack of jurisdiction (Docket entry no. 9) is GRANTED, and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE, for lack of subject matter jurisdiction; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the attorney for Respondent by way of electronic filing; and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

                                        s/ Noel L. Hillman
                                    NOEL L. HILLMAN
                                    United States District Judge

At Camden, New Jersey